PROB 12B
(7/93)

Report Date: September 15, 2009

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 17 2009

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ardis Lavelle Wilson        Case Number: 2:06CR00061-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 10/17/2007         Type of Supervision: Supervised Release

Original Offense: Possession of Counterfeit   Date Supervision Commenced: 8/22/2008
Currency, 18 U.S.C. § 472

Original Sentence: Prison - 15 Months; TSR - 36   Date Supervision Expires: 8/21/2011
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall reside in a residential reentry center for a period of up to 120 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Ardis Wilson violated his conditions of supervised release by consuming cocaine on or about September 8, 2009, contrary to standard condition #7 of his conditions of supervised release. On September 11, 2009, Ardis Wilson was summoned to the U.S. Probation Office to address his use of illicit drugs. When confronted about the presumptive positive sample submitted on the above-mentioned date, Mr. Wilson initially denied consuming a controlled substance. He did, however, state that he recently associated with individuals who were consuming illicit drugs. Eventually, the offender admitted consuming cocaine on or about September 7, 2009. Mr. Wilson signed an admission of drug use form. The offender advised that he has worked sporadically since supervision commenced and as a result of his unstable employment status, relationship problems with his live-in girlfriend have surfaced.

As an intermediate sanction, Ardis Wilson was directed to abstain from the use of controlled substances while under supervision. In addition, he was instructed to resume attending substance abuse counseling to determine the level of care necessary to address his addiction problems. It is the undersigned officer's opinion that a more stable living environment is needed to augment both treatment and supervision efforts. Placement at Geiger Corrections Center would afford the offender a reasonable period to address his ongoing addiction issues while seeking gainful employment.

RECEIVED
SEP 17 2009
CLERK, US DISTRICT COURT
YAKIMA, WASHINGTON

Prob 12B
Re:  Wilson, Ardis Lavelle
September 15, 2009
Page 2

Ardis Wilson was asked whether he would waive his right to a hearing and agree to the modification as described. As indicated by the enclosed waiver of hearing to modify conditions of supervision, Mr. Wilson has agreed to the proposed modification requiring him to participate in a residential reentry center program.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervision be adopted, requiring Ardis Wilson to reside at a residential reentry center for a period of up to 120 days.

Your Honor, it is hoped that the intermediate sanction imposed meets your expectations. The undersigned officer remains convinced the offender is amenable to supervision. However, in the event that you choose to have a warrant or summons issued, please advise and the undersigned will prepare the appropriate petition and present it for your signature.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9-15-09

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

9/17/09
Date