PROB 12C
(7/93)

Report Date: August 27, 2010

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ardis Lavelle Wilson            Case Number: 2:06CR00061-001

Address of Offender: Spokane RRC, 3614 East Ferry, Spokane, WA 99202

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence:  10/17/2007

| | | |
|---|---|---|
| Original Offense: | Possession of Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Prison - 15 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 08/22/2008 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 08/21/2011 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On August 5, 2010, an information was filed in Spokane County Superior Court, cause number 10-1-02415-9, alleging delivery of a controlled substance, crack cocaine (counts 1 and 2), and dispense/distribution of a controlled substance (count 3). A warrant was issued August 23, 2010. Mr. Wilson was arrested on the warrant August 26, 2010. He is currently being held in the Spokane County Jail on a $50,000 bond. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/27/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

Prob12C
Re: Wilson, Ardis Lavelle
August 27, 2010
Page 2

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer /USMJ

08/27/2010
Date