PROB 12C
(7/93)

Report Date: July 22, 2013

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 23 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ardis Lavelle Wilson            Case Number: 2:06CR00061-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 10/17/2007

| | | |
|---|---|---|
| Original Offense: | Possession of Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Prison - 15 Months<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: 9/13/2012 |
| Defense Attorney: | Ardis Lavelle Wilson, Pro Se | Date Supervision Expires: 11/12/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court and probation officer.<br><br>**Supporting Evidence**: Ardis Wilson violated conditions of supervision by failing to report during the month of July 2013. On, September 13, 2012, the offender signed the Eastern District of Washington's conditions of probation and supervised release form. At that time, the undersigned officer reviewed all conditions of supervision with Ardis Wilson, to include the special conditions of supervision. Mr. Wilson acknowledged that he understood the obligation to report as required by the Court.<br><br>On July 11, 2013, a notice regarding his failure to submit a monthly supervision report for the month of June 2013, was mailed to the offender's residence. As of this report, Mr. Wilson has not responded to the above-mentioned correspondence.<br><br>It is noted that a similar notice was sent on May 11, 2013, as a result of his failure to submit a monthly report for April 2013. The offender eventually appeared in the office and submitted his monthly report on May 15, 2013. |

Prob12C
Re: Wilson, Ardis Lavelle
July 22, 2013
Page 2

On, July 17, 2013, the undersigned officer conducted an unannounced home visit to 1011 Sharpsburg, #473, Spokane, Washington. The offender did not answer the apartment door. Consequently, a business card instructing the offender to appear in the U.S. Probation Office on July 18, 2013, was placed on the apartment door. To date, the offender has failed to appear as directed.

Collateral contact with the apartment manager and maintenance personnel verify that the offender has failed to pay rent for the month of July 2013. According to the property manager, the offender called her office on Tuesday, July 16, 2013, and advised that he was in the hospital but expected to pay his rent by Wednesday, July 17, 2013. It is noted that the above-mentioned collateral contact occurred at approximately 5:30 p.m. on July 17, 2013.

The undersigned officer attempted to verify the offender's whereabouts at three local hospitals in Spokane, Washington, unsuccessfully. At this time, the offender's whereabouts remain unknown.

2   **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

**Supporting Evidence**: Ardis Wilson violated conditions of supervision by failing to maintain steady employment since his supervision commenced on September 13, 2012. Mr. Wilson maintained employment for approximately 1-month during April, 2013, at McDonalds. He was terminated from his position due to his failure to appear for work as required.

3   **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Ardis Wilson violated conditions of supervision by failing to appear at ADEPT for treatment on July 22, 2013.

Prob12C
Re: Wilson, Ardis Lavelle
July 22, 2013
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/22/2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

7/23/13
Date